```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1-15-2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

RUDERSDAL, EOOD, et al.,

                          Plaintiffs,

    - against -

PHILIP ROBERT HARRIS, et al.,

                          Defendants.

------------------------------------------------------------X

18-cv-11072 (GHW) (RWL)
19-cv-01762 (GHW) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

The parties' consent request (Dkt. 236) for a revised briefing schedule for Plaintiff's motion for jurisdictional discovery is granted. Accordingly:

1. Plaintiffs' motion for jurisdiction discovery is denied as moot, without prejudice to refiling by February 23, 2020 (when Plaintiffs' opposition to renewed motions to dismiss are due);

2. Defendants' shall file opposition to Plaintiffs' motion for jurisdictional discovery by March 9, 2020;

3. Plaintiffs shall file any reply on their motion for jurisdictional discovery by March 16, 2020.

                                              SO ORDERED.

                                              ROBERT W. LEHRBURGER
                                              UNITED STATES MAGISTRATE JUDGE

Dated:    January 15, 2020
             New York, New York

Copies transmitted to all counsel of record.