**SYLVIA J. ROLINSKI***
**DANIELLE M. ESPINET****

**Rolinski**
**LAW GROUP**

Sylvia J. Rolinski, Esq.
P: 301.987.0202 ext. 1
F: 301.263.7100
SJR@Rolinski.com

14915 River Road
Potomac, MD 20854

October 28, 2020

**USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/29/2020**

**Submitted via ECF**
Hon. Robert W. Lehrburger
United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse 500
Pearl Street, Room 2260
New York, New York 10007

      Re:   <u>Rudersdal, EOOD, *et al.* v. Harris, *et al.*</u>,
              1:18-cv-11072

Dear Magistrate Judge Lehrburger:

      Pursuant to the District Court for the Southern District of New York's Local Rule 7.1, Magistrate Judge Lehrburger's Individual Practices in Civil Cases Rule III G and related Appendix B 1, and Fed.R.Civ.P 5(d), Plaintiffs submit this letter motion to file under seal their Reply to Defendant Harris' Response, ECF 362, to Plaintiffs' Motion for Leave to Amend the Second Amended Complaint ECF 360 ("Reply"). As this motion concerns non-dispositive matters, it is appropriate for letter motion under the previously-cited rules.

      Plaintiffs make sensitive representations in their Reply which warrants its filing under seal.

      Plaintiffs have not previously requested to file under seal, however due to the sensitive information contained therein, Plaintiffs seek leave to file under seal their Reply to Defendant Harris' Response ECF 362 to Plaintiffs' Motion for Leave to Amend the Second Amended Complaint ECF 360. No prejudice will inure to the parties or this Court by the grant of the instant relief.

                                                               Respectfully Submitted,

                                                              <u>/S/ Sylvia J. Rolinski</u>

                                                              Sylvia J. Rolinski, Esq.

CC:    All counsel of record via ECF

*Admitted in MD, DC and NY
***Admitted in NY, MD, DC and FL

Rolinski Law Group, LLC

Longwood, FL

Request to seal denied.  The request does not provide any particularized basis for the request to justify sealing under the Second Circuit's standards and otherwise does not comply with this Court's individual rules of practice (see Rule IIIG and Appendix).

SO ORDERED:

10/29/2020

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE